UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 03 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REYNALDO GONZALEZ; et al.,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>GOOGLE, LLC,<br><br>    Defendant - Appellee. | No. 18-16700<br><br>D.C. No. 4:16-cv-03282-DMR<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered July 03, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                        FOR THE COURT:

                                        MOLLY C. DWYER
                                        CLERK OF COURT